UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THIEN HUUNHUT NGUYEN, ) | Case No.: 12-CV-00501-LHK |
| ) | |
| Plaintiff, ) | ORDER ADOPTING MAGISTRATE |
| v. ) | JUDGE'S REPORT AND |
| ) | RECOMMENDATION AND |
| CHAU VAN BUI, ) | REMANDING ACTION |
| ) | |
| Defendant. ) | |
| ) | |

The Court has reviewed Magistrate Judge Howard R. Lloyd's Report and Recommendation regarding Plaintiff Thien Huunhut Nguyen's ("Plaintiff") Motion to Remand (ECF No. 6), which Defendant did not oppose. *See* ECF No. 8 ("Report"). The time for objections has passed, and Defendant has filed none. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court finds the Report correct, well-reasoned, and thorough, and accordingly adopts it in its entirety. Plaintiff's Motion to Remand is therefore GRANTED, and this case is hereby remanded to Santa Clara County Superior Court. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 7, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-00501-LHK
ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING